# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RODERICK SHOULDERS**                                           **PLAINTIFF**
**ADC #172109**

**V.**                            **4:19CV00421 SWW/PSH**

**TIM CALLISON**, *et al*.                                         **DEFENDANTS**

## ORDER

Plaintiff Roderick Shoulders has submitted this case for filing in this district. However, from the facts alleged, it appears that venue properly lies in the Western District of Arkansas. *See* 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to United States District Court for the Western District of Arkansas. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.")

IT IS, THEREFORE, ORDERED THAT the Clerk of the Court is directed to IMMEDIATELY TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the Western District of Arkansas.

DATED this 27th day of June, 2019.

                                                               /s/Susan Webber Wright
                                                               UNITED STATES DISTRICT JUDGE